IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALANA SANDEFUR,                )
                               )
    Plaintiff,                 )
                               )
v.                             )      CASE NO. CV419-348
                               )
PROFIT SERVICES GROUP, LLC, and)
KAY FRANCIS,                   )
                               )
    Defendants.                )
_____)

O R D E R

Before the Court is Plaintiff's Stipulation of Dismissal. (Doc. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by Plaintiff, this action is **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23RD day of April 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA